UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA


In re:

DENNIS E. HECKER                                   Case No. 09-50779-RJK

       Debtor.                                     Chapter 7

_____

GELCO CORPORATION, D/B/A GE
FLEET SERVICES, a Delaware corporation,

                                         ADV Pro. No. 09-05039

       Plaintiff,

vs.

DENNIS E. HECKER,

       Defendant.
_____


**NOTICE OF HEARING AND MOTION FOR AN ORDER STAYING THIS
ADVERSARY PROCEEDING UNTIL THE CONCLUSION OF GRAND
JURY PROCEEDINGS AND/OR ANY INDICTMENTS THE GRAND
JURY ISSUES**
_____

TO:   Plaintiff GELCO Corporation, d/b/a GE Fleet Services and its
       attorneys Joseph W. Lawver and Joshua A. Hasko of Messerli &
       Kramer, P.A., 1400 Fifth Street Towers, 100 South Fifth Street,
       Minneapolis, MN 55402-4218

   1.  Defendant Dennis E. Hecker ("Hecker"), by and through his undersigned

counsel, moves for the relief requested below and gives notice of hearing.

   2.  The Court will hold a hearing on these motions at 10:30 a.m., on October

21, 2009, in Courtroom 8 West, United States Courthouse, 300 South Fourth

Street, Minneapolis, Minnesota before the Honorable Robert J. Kressel.

1

3.  Any response to this motion must be filed and delivered not later than

October 16, 2009 which is three days before the time set for the hearing

(excluding Saturdays, Sundays, and holidays), or filed and served by mail not later

than October 14, 2009, which is seven days before the time set for the hearing.

4.  This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157

and 1334, Fed. R. Bankr. P. 5005, 7007 and 9013 and Local Rules 7007-1 and

9013-1 *et seq*.

5.  These motions arise under 11 U.S.C. §§ 523 and Fed. R. Bankr. P. 7007,

7026, 9013 and Local Rules 7007-1 and 9013-2.  This motion is filed under Fed.

R. Bankr. P. 7007, 7026, 9013, and 9014 and Local Rules 7007-1 and 9013-1 *et

seq*.  Defendant Hecker requests the relief specified below.

## MOTION

6.  Defendant Hecker moves this Court for an Order staying the above

captioned Adversary Proceeding.   Defendant Hecker makes this Motion because

the United States Attorney for the District of Minnesota has convened a grand jury

and is engaged in ongoing investigations to determine if a criminal indictment

should be issued against Defendant Hecker.  At issue are, among other things,

alleged unlawful conduct involving Chrysler Financial, the business operations of

Hecker and various entities, and purported unlawful conduct of Hecker generally,

all of which Hecker denies.  In order to preserve the proper and effective exercise

of Defendant Hecker's rights under the U.S. Constitution, including, but not

limited to, his right to invoke Fifth Amendment testimonial privileges, Defendant

2

Hecker moves that this Court issue an Order staying this proceeding pending the

termination of grand jury proceedings and any proceedings arising out of any

indictment the grand jury issues.

   7.  This Motion will be based on the Defendant Hecker's Memorandum of

Law in Support of the Motion, which will be filed in accordance with Local Rule

9006-1 (b).

   8.  The Court is authorized to grant this relief as an exercise of its equitable

powers expressed in 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7026 and by applicable

federal case law.


Dated: October 7, 2009                          **SKOLNICK & SHIFF, P.A.**

                                                /e/ LuAnn M. Petricka
                                                William R. Skolnick #137182
                                                LuAnn M. Petricka #18505X
                                                527 Marquette Avenue South, #2100
                                                Minneapolis, MN 55402
                                                (612) 677-7600
                                                wskolnick@skolnick-shiff.com
                                                petricka@visi.com
                                                **ATTORNEYS FOR DENNIS E.
                                                HECKER**